# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:17-cv-53-MOC

| | |
|---|---|
| ROBIN HUNTER-TEDDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees under Section 406(b) of the Social Security Act. (Doc. No. 21).

Plaintiff's counsel filed a motion for approval of attorney's fees under section 406(b) of the Social Security Act, 42 U.S.C. § 406(b), in the total amount of $14,000.00. Attorney's fees under section 406(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded $4,100.00 in attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant has responded to Plaintiff's motion and indicates no objection to the amount requested by Plaintiff. Furthermore, the Court finds that the amount requested is reasonable.

Plaintiff's Motion for Attorney Fees under Section 406(b) of the Social Security Act, (Doc. No. 21), is **GRANTED**. Plaintiff's counsel shall be awarded fees under 42 U.S.C. § 406(b) in the amount of $14,000.00, and Plaintiff's counsel shall reimburse Plaintiff the $4,100.00 in fees previously received pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS SO ORDERED.**

Signed: October 18, 2019

Max O. Cogburn Jr
United States District Judge